# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2007

_____

Robert L. Thomas,      *
      *
      Appellant,      *
      *
      v.      *      Appeal from the United States
      *      District Court for the
Matthew Olivanti; Thomas Smith;      *      District of Minnesota.
David Stromberg; Bill Helbl;      *
City of Virginia,      *      [UNPUBLISHED]
      *
      Appellees.      *

_____

Submitted: October 21, 1998
Filed: November 4, 1998

_____

Before BOWMAN, Chief Judge, BRIGHT, and RICHARD S. ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Robert L. Thomas appeals the order of the District Court[1] granting summary judgment adverse to Thomas in his § 1983 action against certain individual police officers and the City of Virginia, Minnesota. Thomas argues the court erred in failing to find any genuine issue of fact as to whether the defendants displayed deliberate

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

indifference to a serious medical condition (his hip, fractured during a scuffle at the time of his arrest).

Having heard Thomas's appeal, we conclude the order of the District Court should be affirmed. When we credit all of Thomas's evidence and give him the benefit of all the reasonable inferences a jury could draw from that evidence, we find he has failed to create a submissible case against any of the defendants.

AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.